Scientific Living, Inc. *v.* Hohensee, Appellant.

Argued May 4, 1971. Before BELL, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

reargument refused February 3, 1972.

*Ervin Hohensee,* appellant, in propria persona.

*William T. Malone,* with him *Leo A. Southard,* for appellee.

OPINION PER CURIAM, December 20, 1971:
Orders affirmed.

Mr. Justice JONES took no part in the consideration or decision of this case.